# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

FILED

2017 AUG 28  PM 12: 01

CLERK. US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Jimmy McMahon
Isis Robinson

_____ ,

*(Write the full name of each Plaintiff
filing this complaint.  If there is
insufficient space to list the names of
all Plaintiffs, please write "see
attached" in the space above and
attach an additional page with a full
list of names.)*

Case No.: 5:17-cv-395 OC-30 PRL
*(To be filled in by the Clerk's Office)*

v.

USA
_____ ,
ATF Tampa Field Divtsion

*(Write the full name of each Defendant
who is being sued in this complaint. If
there is insufficient space to list the
names of all Defendants, please write
"see attached" in the space above and
attach an additional page with a full
list of names.)*

_____ /

Jury Trial Requested?
☑ YES  ☐ NO

# I. PARTIES TO THIS COMPLAINT

### A. Plaintiff(s)

1. Plaintiff's Name: _JIMMY MEMNON (Abd)_

   Address: _3311 SE 21st Avenue_

   _GAINESVILLe, Fl 32641_

   City, State, and Zip Code: _____

   Telephone: _352-575 4636_ (Home) _8134793313_ (Cell)

2. Plaintiff's Name: _ISTS Robinson_

   Address: _3311 SE 21st Avenue_

   _GAINESVille, Fl_

   City, State, and Zip Code: _32641_

   Telephone: _352-575-4636_ (Home) _8134793313_ (Cell)

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

### B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.   For individual Defendants, identify the person's official position or job title, and mailing address.   Indicate the capacity in which the Defendant is being sued.   Do this for *every* Defendant:

1. Defendant's Name: _USA / ATF TAMPA Field Division_

   Official Position: _____

   Employed at: _____

   Mailing Address: _400 North TAMPA St., Suite 2100_
   _TAMPA, FL 33602_

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: _____

   Official Position: _____

   Employed at: _____

   Mailing Address: _____

   _____

   ☐ Sued in Individual Capacity     ☐ Sued in Official Capacity

   *(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☑ Federal Officials (*Bivens case*)       ☐ State/Local Officials (*§ 1983 case*)

## III.   STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum***. You may make copies of the following page if necessary to supply all of the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

ON october 24, 2013 Two Agents from the ATF came to my house @ 4728 south trask St. Apt # 89, Tampa, Fl 33611 without Any searched warrant, Pull their guns in my face And forced their way into my house, threatened to kill me

**Factual Allegations, Continued** *(Page 5 of 8)*

iF I don't give them my: KAHR CW 45 ACP Handgun, And My GirlFriend Jimenez JA 380 Handgun. They Put their Hands on Me, Held Me Against the wall with their guns Pointed to my head, they told Me since I was AN Immigrant that I don't Have Any Rights At All And they will kill if I don't Shut the Hell UP. they violated My 5th Amendment Rights And ALL My civil Rights.

They stole Both Handguns And Never Reported it to the AFT- MAIN OFFICE. Several times we called the ATF-TAMPA office to Find out Where the guns Were And How to get them BACK. But they Kept telling us to leave it Alone.

## IV.   STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

My 5th Amendment Right, My civil Rights My 4th Amendment Rights Theft

False Imprisonment

Discrimination Based on Race which is violation of Title VII of the civil Rights Act of 1964

## V.   RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

① Money Damages in Total of $600 For Both Handguns Together

② 10,000 dollar for Pain And suffering And Trauma Caused to us By the Defendant (USA/ATF)

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 8/18/17   Plaintiff's Signature: _____

Printed Name of Plaintiff: JIMMY MEMNON And ISIS Robinson

Address: 3311 SE 21st Avenue

GAINESVILLE, FL 32641

E-Mail Address: NA

Telephone Number: 813-479-3313, (352)575-4636

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*