IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JIMMY MEMNOM
and
ISIS ROBINSON,

    **Plaintiffs,**

v.                      Case No. 1:17cv243-MW/GRJ

BUREAU OF ALCOHOL,
TOBACCO AND FIREARMS,
TAMPA FIELD OFFICE,

    **Defendant.**
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 28. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's motion to dismiss, ECF No. 23, is **DENIED** to the extent that Defendant moves to dismiss the Complaint but **GRANTED** with respect to Defendant's alternative motion to transfer this case to the Middle District of Florida, Tampa Division, for all further

1

proceedings." The Clerk must take all necessary steps to effect the transfer and close the file.

**SO ORDERED on September 11, 2018.**

**s/Mark E. Walker             **
**Chief United States District Judge**
